# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D17-2535

_____

ROOSEVELT CARROLL, JR.,

Petitioner,

v.

MARK S. INCH, Secretary,
Florida Department of
Corrections,

Respondent.

_____

Petition for Writ of Habeas Corpus—Original Jurisdiction.

February 27, 2019

ON MOTION FOR REHEARING AND REQUEST FOR A WRITTEN
OPINION

PER CURIAM.

We deny Petitioner's motion for rehearing, grant his request for a written opinion, and withdraw our opinion issued on December 12, 2018, and substitute the following opinion in its place:

DISMISSED. *See Dickerson v. State*, 204 So. 3d 544 (Fla. 5th DCA 2016); *Brown v. State*, 197 So. 3d 69 (Fla. 2d DCA 2016).

OSTERHAUS, WINOKUR, and M.K. THOMAS, JJ., concur.

———————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————

Roosevelt Carroll, Jr., pro se, Petitioner.

Kenneth Steely, General Counsel, Department of Corrections; Ashley B. Moody, Attorney General, and Amanda Stokes, Assistant Attorney General, Tallahassee, for Respondent.